SEALED FILED

NOV 16 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

1    BENJAMIN B. WAGNER
     United States Attorney
2    STANLEY A. BOONE
     Assistant U.S. Attorney
3    4401 Federal Building
     2500 Tulare Street
4    Fresno, California 93721
     Telephone: (559) 497-4000
5    Facsimile: (559) 497-4099

· 6  Attorneys for the
      United States of America

7
             IN THE UNITED STATES DISTRICT COURT FOR THE
8
                  EASTERN DISTRICT OF CALIFORNIA
9
                                        1:12 sw 341 BAM
10   IN THE MATTER OF THE        )      S.W. NO.   11 SW 00241
     SEARCH OF:                  )
11                               )      **UNDER SEAL**
                                 )
12   APPLE MAC BOOK PRO LAPTOP   )      ORDER SEALING SEARCH WARRANT
     COMPUTER SERIAL NUMBER      )      AFFIDAVIT
13   W80075755D IN THE POSSESSION OF)
     THE FEDERAL BUREAU OF       )
14   INVESTIGATION, FRESNO,      )
     CALIFORNIA                  )  ·
15                               )
                                 )
16   _____ )

17        'The United States of America, having applied to this

18   Court, for an Order permitting it to file the search warrants

19   and applicants and affidavits in the above-entitled

20   proceedings, together with its Application to Seal, Memorandum

21   of Points and Authorities and the accompanying Declaration of

22   Stanley A. Boone, under seal, and good cause appearing

23   therefor,

24        IT IS HEREBY ORDERED that the search warrant affidavit in

25   the above-entitled proceeding, together with the Application To

26   Seal of the United States Attorney and the accompanying

27   Memorandum of Points and Authorities and Declaration of Stanley

28   A. Boone, shall be filed with the Court in camera, under seal

                                 1

1    and shall not be disclosed pending further order of this court.

2    DATED: _11/16/12_          _____

3                                   U.S. MAGISTRATE JUDGE

2