**FILED**

JUN 4 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | CASE NO.  1:12-SW-00341-BAM |
| Apple Mac Book Pro Laptop ) Computer Serial Number ) W800575755D in the Possession of) the Federal Bureau of ) Investigation, Fresno, CA. ) | ORDER TO UNSEAL SEARCH WARRANT AND AFFIDAVIT |

The search warrant and affidavit in support of the search warrant, having been sealed by this Court on November 16, 2012, and it appearing that the search warrant and affidavit no longer need to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the search warrant and affidavit in support of the search warrant herein be unsealed and made public record.

DATED: 6/4/13

_____
UNITED STATES MAGISTRATE JUDGE